United States District Court
Southern District of Texas
**ENTERED**
September 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Diana Serna,<br>  Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action M-23-207 |
| R.G.V. Loans Limited Liability Company,<br>  Defendant. | §<br>§<br>§ | |

## Scheduling Order

This schedule shall be followed. All communications concerning the case shall be directed in writing to Jason Marchand, Case Manager for United States Magistrate Judge Peter Bray, 515 Rusk, Room 5300, Houston, TX 77002, or via email Jason_Marchand@txs.uscourts.gov.

September 29, 2023 — AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

September 29, 2023 — NEW PARTIES, **with** leave of court, shall be joined by this date. The attorney causing such joinder shall provide a copy of this order to the new parties.

February 29, 2024 — DISCOVERY shall be completed by this date. Do NOT file discovery motions. Should a discovery issue arise, the parties shall file a joint statement not exceeding five pages describing the nature of the dispute. A hearing will be set shortly after the statement is filed. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

| | |
|---|---|
| March 29, 2024 | MOTION CUT-OFF. No motion, including motions pertaining to experts, shall be filed after this date without leave of court. Motions and responses shall not be longer than 25 pages; replies shall not be longer than 15 pages. |

SIGNED on September 8, 2023.

_____
Peter Bray
United States Magistrate Judge